■ PAUL C. NORMAN, as Chairman of the Cayuga County Republican Committee, Respondent, v JEAN LONGO et al., Constituting the Board of Elections in the County of Cayuga, Respondents, and JAMES M. SORENDO et al., Appellants.—Order unanimously reversed on the law without costs and petition dismissed. Memorandum: Respondent James D. Bennett was disqualified from holding the office of Councilman of the City of Auburn *(see,* Public Officers Law § 3 [1]) and thus a vacancy in that office was created *(see,* Election Law § 6-148 [1], [2]). (Appeal from order of Supreme Court, Cayuga County,

Contiguglia, J.—Election Law.) Present—Callahan, J. P., Denman, Boomer, Balio and Davis, JJ. (Order entered Oct. 17, 1989.)